IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ESTATE OF MICHAEL BAKER,

    Plaintiff,

v.

WARDEN JIMMY COKER, SGT. TIMOTHY LINGO, and OFFICERS SPENCER A. BARNES, PAUL S. COX, JR., LARRY T. HOOD, DAVID Z. HERRING, CHRISTOPHER WORLEY, AUSTEN L. COPELAND, individually,

    Defendants.

Civil Action File No.: 3:20-cv-4325

## NOTICE OF APPEARANCE OF MEGAN K. JONES

Megan K. Jones, of the law firm Hall, Gilligan, Roberts and Shanlever, LLP, pursuant to LR 11.1.D, NDFL., hereby enters her appearance on behalf of Warden Jimmy Coker, Sgt. Timothy Lingo, and Officers Spencer A. Barnes, Paul S. Cox, Jr., Larry T. Hood, David Z. Herring, Christopher Worley, and Austen L. Copeland, individually, named as defendants in the above-styled civil action, and requests that copies of all communications, filings, and orders in this case be directed to her through electronic notification using the CM/ECF system.

This the 22nd day of May, 2020.

        Respectfully submitted,

        */s/ Megan K. Jones*
        Megan K. Jones
        Florida Bar No. 1000366
        **HALL, GILLIGAN,**
        **ROBERTS & SHANLEVER LLP**
        1241 Airport Road, Suite A
        Destin, Florida 32541
        Telephone: (850) 213-0604
        Facsimile: (404) 537-5555
        mjones@hgrslaw.com

        *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I affirm that on May 22, 2020, I, Megan K. Jones, filed the within and foregoing *Notice of Appearance* with the Court using the CM/ECF filing which automatically sends a copy to all attorneys of record including:

Mr. James V. Cook, Esq.
cookjv@gmail.com

This the 22nd day of May, 2020.

        */s/ Megan K. Jones*
        Megan K. Jones